MINUTE ENTRY
Africk, J.
July 12, 2007

JS10 - 00:16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 06-269 |
| MICHAEL RANDOLPH | SECTION: I |

SENTENCING

COURT REPORTER: Pinkey Ferdinand
COURTROOM DEPUTY:  Pat Scherer

PRESENT:   Maurice Landrieu, Counsel for the government
Guy Wall, Counsel for defendant
Cindy Arnold, U. S. Probation
Michael Randolph, Defendant

Defendant was sentenced on counts 1, 2, 5, 17, 18, 20 and 21 of the Superseding Indictment.
See Judgment for sentence imposed.
The defendant was remanded to the custody of the U.S. Marshal.